UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

COURTNEY I.                                                                                           PLAINTIFF

v.                                                                           CIVIL ACTION NO. 3:22-CV-309-CRS

KILOLO KIJAKAZI, Acting Commissioner
of Social Security                                                                                   DEFENDANT

## ORDER

The Magistrate Judge has filed her report, and no objections thereto have been filed. Therefore, the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 19) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate Judgment will be entered this date affirming the denial of disability insurance benefits and supplemental security income to this plaintiff.

**IT IS SO ORDERED.**

July 12, 2023

Charles R. Simpson III, Senior Judge
United States District Court